# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23 B 07565 |
| Dennis Tucker, ) | Honorable Cox |
| Debtor ) | Chapter 13 |
| ) | |

## NOTICE OF MOTION

TO: Chapter 13 Trustee, Thomas Hooper, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via Electronic Court Notification;

City of Chicago, Utility Billing & Customer Service, 121 N. LaSalle St., Suite 400, Chicago, IL 60602, via U.S. Mail;

Prestige Financial Svc, Attn: Bankruptcy , 351 W Opportunity Way, Draper, UT 84020, via U.S. Mail;

Dennis Tucker, 5506 S. Morgan St., 2nd, Chicago, IL 60621, via U.S. Mail; and

**See Attached List.**

PLEASE TAKE NOTICE that on **June 26, 2023** at **9:00 a.m.,** I will appear before the **Honorable Judge Jacqueline Cox,** or any judge sitting in her place, **either** in Courtroom **680** of the **Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or** electronically as described below, and present the motion of the Debtor, to Extend the Automatic Stay, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is **161 273 2896** and the passcode is **778135**. The meeting ID and passcode can also be found on Judge Cox's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judge-jacqueline-p-cox.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

## **PROOF OF SERVICE**

The undersigned, an attorney, certifies that he sent the attached motion on **June 14, 2023,** to the above-named parties and the attached service list via U.S. Mail with postage prepaid from the mail located at 55 W. Monroe Street, Chicago, IL 60603.

*/s/ Brian P. Deshur*
Attorney for Debtor
The Law Office of David Freydin, Ltd.
8707 S. Skokie Blvd., Suite 312
Skokie, IL 60077
(312) 380-1564

```
Label Matrix for local noticing          U.S. Bankruptcy Court              Arnold Scott Harris PC
0752-1                                   Eastern Division                   111 W. Jackson Blvd, Ste 600
Case 23-07565                            219 S Dearborn                     Chicago, IL 60604-3517
Northern District of Illinois            7th Floor
Eastern Division                         Chicago, IL 60604-1702
Wed Jun 14 19:43:22 CDT 2023

Ashley Funding Services                  (p)CHICAGO DEPARTMENT OF LAW       Comed
Resurgent Capital Services               ATTN BANKRUPTCY UNIT               Bankruptcy Department
PO Box 10587                             121 N LASALLE ST SUITE 400         1919 Swift Drive
Greenville, SC 29603-0587                CHICAGO IL 60602-1264              Oak Brook, IL 60523-1502


IRS                                      (p)JEFFERSON CAPITAL SYSTEMS LLC   Linebarger Goggan Blair and Sampson
Centralized Insolvency Operation         PO BOX 7999                        233 South Wacker Drive
P.O. Box 7346                            SAINT CLOUD MN 56302-7999          Suite 4030
Philadelphia, PA 19101-7346                                                 Chicago, IL 60606-6379


(p)PEOPLES GAS LIGHT & COKE COMPANY      Prestige Financial Svc             Brian P Deshur
200 EAST RANDOLPH ST                     Attn: Bankruptcy                   Law Offices of David Freydin Ltd
CHICAGO IL 60601-6433                    351 W Opportunity Way              8707 Skokie Blvd
                                         Draper, UT 84020-1401              Suite 312
                                                                            Skokie, IL 60077-2281


David Freydin                            Dennis Tucker                      Patrick S Layng
Law Offices of David Freydin Ltd         5506 S. Morgan St.                 Office of the U.S. Trustee, Region 11
8707 Skokie Blvd                         2nd                                219 S Dearborn St
Suite 312                                Chicago, IL 60621-1515             Room 873
Skokie, IL 60077-2281                                                       Chicago, IL 60604-2027


Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603-5764
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
City of Chicago                          (d)City of Chicago                 (d)City of Chicago Dept. of Administrative
121 N. LaSalle St.                       Utility Billing & Customer Service Chicago Dept. of Law Bankruptcy
Room 107                                 121 N. LaSalle St., Suite 400      121 N. LaSalle St., Suite 400
Chicago, IL 60602                        Chicago, IL 60602                  Chicago, IL 60602


Jefferson Capital Systems                People's Gas                       End of Label Matrix
PO Box 7999                              200 E Randolph                     Mailable recipients    15
Saint Cloud, MN 56302                    Chicago, IL 60601                  Bypassed recipients     0
                                                                            Total                  15
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 23 B 07565 |
| Dennis Tucker, ) | Honorable Cox |
| Debtor ) | Chapter 13 |
| ) | |

### MOTION TO EXTEND AUTOMATIC STAY

NOW COMES Dennis Tucker, Debtor, by and through his attorney, The Law Office of David Freydin, Ltd., and moves this Honorable Court to extend the automatic stay, and in support thereof states as follows:

1. That Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C. on 6/9/23.

2. That this case has not yet been confirmed by this Honorable Court.

3. That Debtor is requesting this Honorable Court to extend the automatic stay pursuant to section 362 (c)(3)(A).

4. That Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

5. That Debtor has been in one prior case in the last twelve months, Case 20 B 19710, which was filed on 11/3/20 and dismissed on 4/17/23 for Failure to Make Plan Payments.

6. That in Debtor's prior case, he was carrying substantial cure to his prior counsel's office when his car was caught in a gun battle between two other vehicles.

7. That during the course of events, Debtor's car was grazed with a bullet, he ducked for cover, and subsequently lost the envelope containing the cash.

8. That, furthermore, Debtor was unable to borrow funds, despite several continuances.

9. That Debtor's prior counsel never discussed the possibility of a plan modification to defer the default.

10. That, accordingly, Debtor's case was dismissed

11. That, in this case, Debtor continues to receive pension and SSI.

12. That, in this case, Debtor qualifies for a commensurate Chapter 13 Plan payment because he paid over $10,000 into his previous case.

13. That, in this case, Debtor has retained new counsel, who has thoroughly explained his plan, petition, schedules, and payment requirements to him.

14. That Debtor is in a position to pay his Chapter 13 Plan payment along with his regular expenses.

15. That Debtor's counsel has already created an epay login for Debtor and scheduled his first payment for him; Debtor's counsel will continue to login for Debtor to ensure continuity of payments.

16. That Debtor is in a position to proceed and has filed this case in good faith.

17. That, equitably, the stay should be Extended.

WHEREFORE, Dennis Tucker, the Debtor, prays this Honorable Court for the following relief:

A. That this Honorable Court extend the automatic stay as for the reasons as set forth above; and

B. For such other and further relief this Court deems just and proper.

Respectfully Submitted,

/s/ Brian P. Deshur
Attorney for Debtor
The Law Office of David Freydin, Ltd.
8707 S. Skokie Blvd., Suite 312
Skokie, IL 60077
(312) 380-1564