IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                )
                      )    CASE NO.
Dennis Tucker         )
                      )
                      )    CHAPTER 13
                      )    **County:** Cook County

## AFFIDAVIT OF DENNIS TUCKER

I, Dennis Tucker, on oath and having been sworn, state and aver the following:

1. My name is Dennis Tucker.
2. I have been a debtor in one case in the last twelve months.
3. I filed a prior Chapter 13, Case 20 B 19710 on 11/3/20, which was dismissed on 4/17/23.
4. My prior Chapter 13 case was dismissed for Failure to Make Plan Payments.
5. In my previous case, I was carrying substantial cure to my prior counsel's office when my car was caught in a gun battle between two other vehicles.
6. During the course of events, my car was grazed with a bullet, I ducked for cover, and subsequently lost the envelope containing the cash.
7. Furthermore, I was unable to borrow funds, despite several continuances.
8. My prior counsel never discussed the possibility of a plan modification to defer the default.
9. Accordingly, my case was dismissed.
10. In this case, I continue to receive pension and SSI.
11. In this case, I qualify for a commensurate Chapter 13 Plan payment because I paid over $10,000 into my previous case.
12. In this case, I have retained new counsel, who has thoroughly explained my plan, petition, schedules, and payment requirements to me.
13. I am in a position to pay my Chapter 13 payment, along with my regular expenses.
14. I am in a position to proceed and have filed this case in good faith.

Further Affiant Sayeth Not.

Dated: the 4 Day of MAY, 2023

_Dennis Tucker_
[NAME OF AFFIANT]

SUBSCRIBED AND SWORN Before Me
This the 4TH Day of May, 2023

BRIAN P DESHUR
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 21, 2027